# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| NANCY JANET RODRIGUEZ, | Case No. ED CV 14-1253-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: September 21, 2015.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE